```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

MICHAEL WALRATH                    :         CIVIL ACTION
                                   :
        v.                         :
                                   :
MELISSA SELFRIDGE, et al.          :         NO. 23-3053

## ORDER

AND NOW, this 15th day of May 2024, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the Motion of Plaintiff Michael Walrath "for reconsideration and clarification of the declaratory judgment order and findings of fact and conclusions of law entered on April 15, 2024" (Doc. # 51) is DENIED.

                                   BY THE COURT:


                                   /s/  Harvey Bartle III
                                                        J.